UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  :  Case No. 3:12CV75

    Plaintiff,  :  Judge Walter Herbert Rice
vs.
                                                    :

Rifle SAIGA-12,
Serial No. 01415436, et al.  :

    Defendants.

## DEFAULT JUDGMENT IN A CIVIL CASE
## AND DECREE OF FORFEITURE OF ALL DEFENDANTS

[ ] **Jury verdict.** This action came before the Court for a trial by Jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** The action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[x] **Decision by Court.** This action was decided without a trial or hearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) the United States' Motion For Default Judgment filed on June 18, 2012 is Granted (Doc. 14);

(2) the Defendants:

    1.    Rifle SAIGA-12, Serial No. 01415436;
    2.    Smith & Wesson .38 Cal Revolver Mdl 15, Serial No. K964123;
    3.    Norinco 9mm Semi Automatic Pistol, Serial No. 3701196699;
    4.    Rifle, Unknown Make, Serial No. 294433;
    5.    Sawed off Shotgun, Serial No. C1273691; and
    6.    Rifle Highpoint Mdl 995, Serial No. A17693

are hereby forfeited to the United States pursuant to 21 U.S.C. §881(a)(11);

(3) all right, title and interest in the Defendants is vested in the United States of America and no right, title or interest exists in any other person or entity, including but not limited to Potential Claimants: Eric Neff, Tracy Ault, Michael Lane, Bradley Walker, the residents of 1961 Gant Street, Apartment B, Dayton, Ohio and 1985 Gant Street, Dayton, Ohio;

(4) the United States or an authorized agent thereof shall dispose of the Defendants in accordance with the law;

(5) the Court shall retain jurisdiction to enforce the terms of this Order; and

(6) this case is terminated on the docket of this Court.

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT COURT JUDGE